UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WASHINGTON, | No. 2:14-cv-0232 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ANDREW NANGALAMA, et al., | |
| Defendants. | |

On November 6, 2014, plaintiff filed a motion asking that defendants be compelled to respond to certain discovery requests. Because plaintiff admits that his requests were not timely-served upon defendants, his motion will be denied. To the extent plaintiff now seeks an extension of time to serve requests for discovery, that request will be denied as plaintiff fails to explain why he did not seek an extension of time before the time to serve discovery requests expired. See Fed. R. Civ. P. 6 (b)(1)(B).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel discovery responses (ECF No. 27) is denied; and

2. Plaintiff's request for an extension of time to conduct discovery is denied.

Dated: March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/wash0232.mtc