UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW NANGALAMA, et al.,<br><br>    Defendants. | No. 2:14-cv-0232 CKD P<br><br><br><br>ORDER |

Plaintiff requests that this action be stayed ten months until after plaintiff is released from prison. Discovery is closed and the court is awaiting plaintiff's opposition to defendants' motion for summary judgment. Because plaintiff fails to point to anything suggesting that, for reasons beyond his control, he cannot prepare an opposition to defendants' motion for summary judgment at the present time, plaintiff's motion for a stay is denied.

Dated: April 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wash0232.sty