UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WASHINGTON,

Plaintiff,

v.

ANDREW NANGALAMA, et al,,

Defendants.

No. 2:14-cv-0232 CKD P

ORDER

Defendants have filed a request for an extension of time to file a reply brief concerning their motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time (ECF No. 41) is granted; and

2. The reply brief filed by defendants on June 3, 2015 (ECF No. 42) is deemed timely.

Dated: October 28, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wash0232.36(2)